# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Davis & Son Excavation, L.L.C. d/b/a Davis Construction, LLC, <br><br> Defendant(s). | Case No. 1:19-cv-01153 <br> Judge Young B. Kim |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Midwest Operating Engineers Welfare Fund et al.
and against defendant(s) Davis & Son Excavation, L.L.C. d/b/a Davis Construction, LLC
in the amount of $170,645.75 ,

which ☒ includes 3,413.40 pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                presiding, and the jury has rendered a verdict.
☒ tried by Judge Young B. Kim without a jury and the above decision was reached.
☐ decided by Judge            on a motion

Date: 07/21/2023            Thomas G. Bruton, Clerk of Court

                            Erin Caswick , Deputy Clerk